UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 26-5301-MWF(SSCx)**                    Date: June 24, 2026

Title   ***Patricia Potts v. Coast to Coast Financial Solutions, Inc.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 18, 2026.  (Docket No. 1).  On May 28, 2026, Plaintiff filed a Proof of Service as to Defendant Coast to Coast Financial Solutions, Inc. (the "POS").  (Docket No. 9).  The POS reflects service on May 27, 2026; Defendant's response to the Complaint was due June 17, 2026.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JULY 8, 2026**.

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

     OR

- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

---

CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 26-5301-MWF(SSCx)**                    Date: June 24, 2026

Title       ***Patricia Potts v. Coast to Coast Financial Solutions, Inc.***

respond to the Order to Show Cause by **July 8, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm